## NICODEMUS v. HARVEY ET AL.

*Appeal from Clay District Court.*

THURSDAY, APRIL 19.

---

## SMITH & SON v. SYPES ET AL.

PRACTICE IN THE SUPREME COURT: TRIAL DE NOVO: ASSIGNMENT OF ERRORS.

*Appeal from Hardin Circuit Court.*

FRIDAY, APRIL 20.

ACTION to foreclose a mortgage. One of the defendants, John Hall, has a mechanic's lien upon the mortgaged premises which he claims is paramount to the mortgage. Decree for plaintiffs, establishing their mortgage as paramount. The defendant, Hall, appeals.

*Porter & Moir*, for appellant.

*Huff & Reed*, for appellees.

ADAMS, J.—This action is consolidated with another action brought by said Hall to establish his mechanic's lien. In that action Smith & Son moved for a trial upon written evidence. In this action Hall moved for a trial upon written evidence. The court denied the motion in each case, and neither party excepted. It is now objected by the appellees that the case cannot be tried *de novo*. To this the appellant replies that all the evidence upon the trial was taken down in writing and is contained in the bill of exceptions, properly signed by the judge. But it was not ordered to be taken down, and we have held that such order is necessary to make the case triable *de novo* in this court.

The appellees further object that there is no assignment of errors and that

therefore the case is not triable at all. If the case is not triable *de novo*, it can be tried only on assignment of errors, and there being no assignment the case must be

AFFIRMED.